1014

*In the Matter of the Marriage of* MARJORIE GIORDANO, *Respondent, and* JOSEPH S. GIORDANO III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-3-07354-7, James D. McCutcheon, Jr., J., entered October 13, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Baker, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK JOHNSTON RICHARDSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00204-1, John M. Darrah, J., entered August 4, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Forrest, J.

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY CALLAHAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00271-0, Terence Hanley, J., entered January 11, 1989. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.